FILED

2013 OCT 30 PM 4 14

U.S. DISTRICT COURT
NEW HAVEN, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| APRIL DESSO<br>Plaintiff, | CASE NO.: 3:11-cv-00292-JBA |
| v. | |
| VANDENBERG CHASE & ASSOCIATES, LLC<br>Defendant. | OCTOBER 28, 2013 |

## PROPOSED AMENDED DEFAULT JUDGMENT

THIS MATTER came before this Court seeking a modification of the judgment of February 13, 2012 to include the order for sanctions. On October 23, 2013, the Court (Margolis, J.) granted Plaintiff's Motion to Modify Judgment.

Judgment entered on February 13, 2012, against defendant Vandenberg Chase & Associates, LLC as follows: $1,000.00 FDCPA statutory damages, $1,000.00 CCPA statutory damages, $5,000.00 actual damages, $10,000.00 CUTPA punitive damages, and $3,500.00 in attorney's fees and costs for a total judgment of $20,500.00.

On November 16, 2012, the Court (Margolis, J.) entered an Order Following Hearing and awarded additional attorney's fees in the amount of $2,500.00 and costs in the amount of $286.11 in connection with Plaintiff's counsel's Motion for Order to Show Cause, and further held Vandenberg in civil contempt and ordered it to pay a fine of $1,000 per day commencing on December 7, 2012.

On December 23, 2013, the Court (Margolis, J.) granted Plaintiff's Motion to

Modify Judgment seeking to modify the original judgment of February 13, 2012 to include the Order Following Hearing dated November 16, 2012 and the order for sanctions of $1,000 per day from December 7, 2012 through and including October 1, 2013 (299 days at $1,000 per day) in the amount of $299,000.00, for a total judgment of $322,286.11

Therefore, it is hereby ORDERED and ADJUDGED that the judgment of February 13, 2012 is hereby modified and that judgment is entered in favor of the plaintiff against the defendant in the amount of $1,000.00 for FDCPA statutory damages, $1,000.00 for CCPA statutory damages, $5,000.00 actual damages, $10,000.00 for CUTPA punitive damages, attorneys fees and costs of $6,286.11, and sanctions in the total amount of $299,000.00 through and including October 1, 2013, for a total judgment of $322,286.11.

Dated at New Haven, Connecticut this 30th day of October, 2013.

/S/
Janet Bond Arterton
United States District Judge